UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| TARA EATON, CATHY ELEAM, TAMARA FITCH, SHARON CALDWELL WILLIAMS, AND JOHN DIXON | * * * * * * | CIVIL ACTION NO.: 21-CV-1337 |
| VERSUS | * * | JUDGE TERRY A. DOUGHTY |
| THE OAKS DBA WOODLAWN MANOR, INC. AND THE LOUISIANA NURSING HOME ASSOCIATION LIABILITY TRUST | * * * * | MAGISTRATE KAYLA D. MCCLUSKY |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER FOR EXTENSION

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs, TARA EATON, CATHY ELEAM, TAMARA FITCH, SHARON CALDWELL WILLIAMS, AND JOHN DIXON, who respectfully represents:

1.

Defendants, WOODLAWN MANOR, INC. D/B/A THE OAKS AND LOUISIANA NURSING HOME ASSOCIATION LIABILITY TRUST filed a Motion to Dismiss Pursuant to Rule 12(b) (3) and 12 (b) (6) in the above captioned matter, which Plaintiffs' response to said motion is due by June 18, 2021.

2.

Plaintiff respectfully requests that they be granted an extension in order to file a response to said Motion due to Plaintiffs' counsel and his family just found out today (June 17, 2021) that his daughter had to had emergency spinal surgery. Plaintiffs' counsel has taken his daughter to The Spine Institute in Shreveport, Louisiana to have Dr. Campbell perform an emergency

repair/surgery of a spinal leak. Plaintiffs' counsel is with her right now in Shreveport, Louisiana. Due to the emergent situation as set forth herein above, Plaintiffs' counsel will not be able to submit his response to Defendants' Motion on today's date, of which is due tomorrow, June 18, 2021. Plaintiffs' counsel respectfully requests this honorable court to allow Plaintiffs' an additional seven (7) days to submit their response/opposition to the Defendants' Motion to Dismiss Pursuant to Rule 12 (b) (3) and 12 (b) (6).

**WHEREFORE**, Mover prays that Plaintiffs' response to Defendants, WOODLAWN MANOR, INC. D/B/A THE OAKS AND LOUISIANA NURSING HOME ASSOCIATION LIABILITY TRUST Motion to Dismiss Pursuant to Rule 12 (b) (3) and 12 (b) (6) in the captioned matter be granted an additional seven (7) days in which to file their response.

Respectfully Submitted:

GUERRIERO & GUERRIERO
2200 Forsythe Avenue
Monroe, LA 71201
Tel: (318) 323-8406
Fax: (318) 325-4306


By: /s/ Jeffrey Guerriero

JEFFREY D. GUERRIERO – 19602

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has this day been forwarded to all known counsel for all parties to this proceeding: by e-mail transmission, facsimile, hand delivery, and/or by mailing same by United States mail with sufficient postage affixed thereto.

Monroe, Louisiana, this 17th day of June, 2021.

_____/s/ Jeffrey Guerriero_____
JEFFREY D. GUERRIERO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| ARTHUR MANYWEATHER, FELIX * | | CIVIL ACTION NO.: 21-CV-1317 |
| MANYWEATHER, KIMMIEKO * | | |
| MANYWEATHER, ALISON TUCKER * | | |
| EMANAMI KIRK, TIMOTHY * | | |
| MANYWEATHER, THE SURVIVING * | | |
| CHILDREN AND APPEARING HEREIN * | | |
| INDIVIDUALLY AND ON BEHALF OF * | | |
| THE UNOPENED SUCCESSION OF * | | |
| BARBARA JEAN MCGRAW AND/OR * | | |
| THE ESTATE OF BARBARA * | | |
| JEAN MCGRAW * | | |
| VERSUS * | | JUDGE TERRY A. DOUGHTY |
| THE OAKS DBA WOODLAWN MANOR, * | | |
| INC. AND THE LOUISIANA * | | |
| NURSING HOME ASSOCIATION * | | |
| LIABILITY TRUST * | | MAGISTRATE KAYLA D. MCCLUSKY |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The above and foregoing considered, it is

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs' response to the hearing on Defendants, WOODLAWN MANOR, INC. D/B/A THE OAKS AND LOUISIANA NURSING HOME ASSOCIATION LIABILITY TRUST Motion to Dismiss Pursuant to Rule 12 (b) (3) and 12 (b) (6) in the captioned matter be granted an additional seven (7) days in which to file their response.

Monroe, Louisiana, this _____ day of _____, 2021.

_____
HONORABLE KAYLA D. MCCLUSKY

PLEASE NOTIFY ALL PARTIES BY MAIL.