UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TARA EATON, ET AL. | CASE NO. 5:21-CV-01337 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| WOODLAWN MANOR AND LOUISIANA NURSING HOME ASSOCIATION LIABILITY TRUST | MAG. JUDGE KAYLA D. MCCLUSKY |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 6] is **GRANTED IN PART and DENIED IN PART.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' claims for relief under the Americans with Disabilities Act and Medicare and Medicaid regulations are **DISMISSED.**

**IT IS FURTHER ORDERED** that Plaintiffs' remaining state law claims are **REMANDED** to the 4th Judicial District Court of Ouachita Parish, Louisiana.

THUS DONE in Chambers on this 20th day of October 2021.

Terry A. Doughty
United States District Judge